SANFORD P. ROSEN & ASSOCIATES, P.C.
Attorneys for the Debtors
  and Debtors in Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen (SR-4966)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re                                                                     Case No. 08-11654 (AJG)

IMAGEKING VISUAL SOLUTIONS, INC.                      (Jointly Administered)
and IMAGE ACQUISITION CORP.,

                                        Debtors.
-------------------------------------------------------x

## IMAGEKING VISUAL SOLUTIONS, INC.
## OPERATING STATEMENT FOR THE PERIOD
### August 1, 2009 THROUGH  August 31 2009

DEBTORS' ADDRESS: 192 Lexington Avenue Suite 1202
                            New York, NY 10016


DEBTORS' ATTORNEY:    Sanford P. Rosen, Esq.
                                  Sanford P. Rosen & Associates, P.C.

REPORT PREPARER:      Ira Hefter

                                Total Expenses:               $  -5,494.70

                                Net  Operating  Income     $ 51,256.03

                                Net Income                     $ 44,302.98

                                Net Income Continuing Operations  $ 54,414.28


THIS OPERATING STATEMENT MUST BE SIGNED
BY A REPRESENTATIVE OF THE DEBTORS

        The undersigned, having reviewed the attached report and being familiar with the Debtors'
financial affairs, verifies under the penalty of perjury, that the information contained therein is
complete, accurate and truthful to the best of my knowledge.


Dated: September 17th, 2009

ImageKing Visual solutions, Inc.
(Debtor in Possession)
Balance Sheet
August 31, 2009

Current Assets

| | | |
|---|---|---|
| Cash in Banks | 556.24 | |
| Accounts Receivable less reserve for bad debts of $15550 | 498,316.97 | |
| Equity and Advances to ImageKing Joint Venture | 31,987.48 | |
| Inventory | 120,000.00 | |
| Employee Receivables | 7,623.80 | |
| Prepaid Expenses | 18,788.57 | |
| Total Current Assets | | 677,273.06 |
| | | |
| Property Plant & Equipment less reserve for Depreciation of $4,498,573 | | 1,598,234.76 |

Other Assets

| | | |
|---|---|---|
| Security Deposits | 62,887.92 | |
| Advances to Non Debtor Affiliate | 423,853.97 | |
| Intangible Assets less Accumulated Amortization of $891,377 | 138,433.73 | |
| Total Other Assets | | 625,175.62 |
| | | |
| Total Assets | | 2,900,683.44 |

Current Liabilities

| | | |
|---|---|---|
| Accounts Payable Post-Petition | 586,795.91 | |
| Accrued Expenses-Post Position | 0.00 | |
| Employment Taxes Post Petition | 702,488.70 | |
| Employee Benefits Payable-Post Petition | 7,827.00 | |
| Due 44th Street Landlord-Post Petition | 0.00 | |
| Sales Tax Payable-Post Petition | 44,146.57 | |
| Due Amerisource | 0.00 | |
| Due Banks-Pre Petition | 262,162.84 | |
| Due 44th Street Landlord-Pre Petition | 1,550,200.02 | |
| Accounts Payable Pre-Petition | 1,364,121.09 | |
| Employment Taxes Pre Petition | 993,615.44 | |
| Benefits Payable to Insiders-Pre Petition | 45,405.31 | |
| | | |
| Total Current Liabilities | | 5,556,762.88 |
| | | |
| Due to Private Investors-Pre Petition | 867,993.70 | |
| Due to Insiders-Post Petition | 389,937.42 | 1,257,931.12 |
| Total Liabilities | | 6,814,694.00 |
| | | |
| Stockholder Equity | | |
| Common Stock | 500.00 | |
| Deficit at Petition Date | -2,951,379.14 | |
| Earnings Since Petition Filing Date | -963,131.42 | -3,914,010.56 |
| | | |
| Total Liabilities & Stockholder Equity | | 2,900,683.44 |

ImageKing Visual Solutions, Inc
(Debtor in Possession)
Income Statement
For the Period Ended August 31, 2009

|  | Current Month | Post Petition |
|---|---|---|
| Sales | 0.00 | 4,835,607.21 |
| Net Income From Joint Venture | 54,414.28 | 139,516.51 |
| Total Revenue | 54,414.28 | 4,975,123.72 |
| Cost of Sales | | |
| Payroll and Benefits | -16,069.10 | 2,685,289.98 |
| Material Purchased | 0.00 | 850,430.20 |
| Projects Outsourced | 0.00 | 491,813.81 |
| Supplemental Material Costs | 0.00 | 84,556.20 |
| Total Direct Costs | -16,069.10 | 4,112,090.19 |
| Gross Profit | 70,483.38 | 863,033.53 |
| Selling, General and Administrative Costs | | |
| Automobile Expense | 0.00 | 47,177.20 |
| Bank Charges | 581.29 | 19,910.78 |
| Insurance | 1,086.30 | 53,272.67 |
| Payroll Processing | 0.00 | 5,297.91 |
| Miscellaneous Expense | 414.72 | 7,871.29 |
| Network and Computer Expense | 0.00 | 32,119.70 |
| Rent | 15,606.00 | 453,081.70 |
| Repairs | 1,539.04 | 45,749.54 |
| Rubbish Removal | 0.00 | 9,371.85 |
| Supplies | 0.00 | 14,079.95 |
| Shipping Expense | 0.00 | 272,447.52 |
| Telephone | 0.00 | 55,339.67 |
| Utilities | 0.00 | 97,654.72 |
| Total Selling, General and Administrative Costs | 19,227.35 | 1,113,374.50 |
| Net Income From Operations | 51,256.03 | -253,048.18 |
| Bankruptcy Fees and Costs | 6,953.05 | 249,814.67 |
| Moving Costs | 0.00 | 65,506.09 |
| Operating Costs Incurred During Plant Closing While Moving | 0.00 | 167,241.19 |
| Interest Expense | 0.00 | 131,003.22 |
| Prior Period Receivable Write Offs | 0.00 | 96,518.07 |
| Net Profit | 44,302.98 | -963,131.42 |
| Total Disbursements | 10,111.30 | |

Less Expenses reporetd on Image Acquisition Operating Report

| Payroll | 0.00 |
|---|---|
| Rent | 15,606.00 |
| Medical | 0.00 |
| Trustee Fees | 0.00 |
| Expenses of ImageKing Visual Solutions, Inc | -5,494.70 |

ImageKing Visual Solutions
(Debtor in Possession)
Source and Application of Funds
August 31, 2009


Beginning Cash                                                1,802.72


Operating Income                                            44,302.98

Decrease in Accounts Receivable                      5,647.20
Increase in Equity of Joint Venture                  -29,087.81
Increase in Prepaid Expenses                        -13,788.57

                                                                   8,876.52



Increase in Accounts Payable Post-Petition          8,930.73
Decrease in Accrued Expenses-Post Position          -3,211.43
Decrease in Amounts Due Insider-Post Petition      -13,500.00
Decrease in Employment Taxes Post-Petition            -539.58


                                                                  -8,320.28


Ending Cash                                                    556.24

ImageKing Visual solutions, Inc.
(Debtor in Possession)
Balance  Sheet
As of August 31 , 2009

Accounts Receivable Aging:

| | |
|---|---|
| Current | 0.00 |
| 30 DAYS | 0.00 |
| 60 DAYS | 0.00 |
| 90 DAYS | 513,867.42 |
| | |
| Total of Accounts | 513,867.42 |
| Allowance for Bad Debts | 15,550.45 |
| | 498,316.97 |

ImageKing Visual Solutions, Inc
(Debtor in Possession)
Notes to Financial Statement
For the Period Ended August 31, 2009

1) The Financial Statements Combine the Balance Sheet and Income Statement of ImageKing Visual Solutions and Image Acquisition Corporation

2) Depreciation for the period is not included in Net Income

3) Included in Fixed Assets are Leasehold Improvements at the premises located at 44th Street which were vacated on October 27th 2008

4) Interest expense is charged to earnings when a receivable is collected and billed by Amerisource.

5) All equipment policies for insurance are in place and in force

6) The Company vacated its premises in New York City on October 24, 2008. As a result no revenue was earned commencing on that date and ending on November 2, 2008. Wages for that period, shipping costs incurred to make up lost time to meet client deadlines, and moving costs are all categorized as non operating expenses.

7) The company entered into a Joint Venture Agreement in February 2009, and as a result closed its production facility in Long Island City in February. The Venture commenced on March 1, 2009. It plans to sell all production equipment, the proceeds of which will be used to retire administrative expenses.

ImageKing Visual solutions, Inc.
(Debtor in Possession)

As of August 31, 2009

Tax Payments


Employment and Sales Taxes paid by Non Debtor Joint Venture



# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

August 01, 2009 through August 31, 2009

Account Number: **000091369943866**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00020589 DRI 802 141 24609 - NNNNN  1 000000000 D5 0000
IMAGEKING VISUAL SOLUTIONS INC
192 LEXINGTON AVE RM 1202
NEW YORK NY 10016-6862

---

**Take Charge of Your Checking Account to Help Avoid Fees**

1. **Sign up for overdraft protection** from your Savings Account or Chase Credit Card*.
2. **Sign up for low balance alerts** at Chase.com/freealerts.
3. **Enroll in Chase Mobile**SM to get your balance by text message at Chase.com/Mobile.
4. **Check your balances and transactions 24/7 at Chase.com**

Want to learn more about managing your checking account?
Visit your local branch and speak to a personal banker today
or visit www.Chase.com/ManageMyAccount

*Overdraft Protection may be subject to credit approval. Fees may apply.

---

## CHECKING SUMMARY   Chase BusinessCustom Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$1,173.71** |
| Deposits and Additions | 18 | 23,554.27 |
| Checks Paid | 5 | - 12,282.11 |
| ATM & Debit Card Withdrawals | 2 | - 1,539.04 |
| Other Withdrawals, Fees & Charges | 12 | - 10,429.61 |
| Ending Balance | 37 | **$777.22** |

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | American Express Settlement 6316974609   CCD ID: 1134992250 | $231.72 |
| 08/04 | Book Transfer Credit B/O: Imageking Visuals Llc New York, NY 100173325 Ref:/Bnf/Dda/091369943866 JPMorgan Chase Bank, National Assoc Null US Trn: 0858700216Es | 1,700.00 |
| 08/04 | Paymentech2   Deposit   440209034881   CCD ID: 6752044092 | 628.50 |
| 08/05 | Online Transfer From  Chk Xxxxxxxx3365 Transaction#: 241087654 | 150.00 |
| 08/07 | Deposit | 620.00 |


████████████████████████

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**     Step 1 Balance:  $_____

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

                                                              Step 2 Total:  $_____

**3. Add Step 2 Total to Step 1 Balance.**                    Step 3 Total:  $_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                              Step 4 Total:  -$_____

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**





## DEPOSITS AND ADDITIONS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/10 | Book Transfer Credit B/O: Imageking Visuals Llc New York, NY 100173325 Ref:/Bnf/Dda/091369943866 JPMorgan Chase Bank, National Assoc Null US Trn: 0138600222Es | 2,800.00 |
| 08/10 | American Express Settlement 6316974609    CCD ID: 1134992250 | 274.71 |
| 08/14 | Book Transfer Credit B/O: Imageking Visuals Llc New York, NY 100173325 Ref:/Bnf/Dda/091369943866 JPMorgan Chase Bank, National Assoc Null US Trn: 0981200226Es | 1,500.00 |
| 08/14 | Book Transfer Credit B/O: Imageking Visuals Llc New York, NY 100173325 Ref:/Bnf/Dda/091369943866 JPMorgan Chase Bank, National Assoc Null US Trn: 1009100226Es | 1,000.00 |
| 08/17 | Book Transfer Credit B/O: Imageking Visuals Llc New York, NY 100173325 Ref:/Bnf/Dda/091369943866 JPMorgan Chase Bank, National Assoc Null US Trn: 0514200229Es | 2,500.00 |
| 08/17 | American Express Settlement 6316974609    CCD ID: 1134992250 | 427.15 |
| 08/24 | American Express Settlement 6316974609    CCD ID: 1134992250 | 2,588.06 |
| 08/26 | Book Transfer Credit B/O: Imageking Visuals Llc New York, NY 100173325 Ref:/Bnf/Dda/091369943866 JPMorgan Chase Bank, National Assoc Null US Trn: 0262500238Es | 2,000.00 |
| 08/27 | Transfer From Chk Xxxxx1106 | 600.00 |
| 08/28 | Book Transfer Credit B/O: Imageking Visuals Llc New York, NY 100173325 Ref:/Bnf/Dda/091369943866 JPMorgan Chase Bank, National Assoc Null US Trn: 0512900240Es | 5,050.00 |
| 08/28 | Paymentech2    Deposit    440209034881    CCD ID: 6752044092 | 849.22 |
| 08/31 | Deposit | 17.20 |
| 08/31 | Paymentech2    Deposit    440209034881    CCD ID: 6752044092 | 617.71 |
| **Total Deposits and Additions** | | **$23,554.27** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6212 ^ | | 08/04 | $3,000.00 |
| 6213 ^ | | 08/10 | 300.00 |
| 6214 ^ | | 08/14 | 3,982.11 |
| 6216 * ^ | | 08/10 | 2,000.00 |
| 6217 ^ | | 08/26 | 3,000.00 |
| **Total Checks Paid** | | | **$12,282.11** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.


## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | | $1,074.97 |
| 08/19 | Card Purchase | 08/18 Electronics For Imag 480-5385829 CA Card 9004 | |
| 08/19 | Card Purchase | 08/18 Electronics For Imag 480-5385829 CA Card 9004 | 464.07 |
| | | | **$1,539.04** |

**Total ATM & Debit Card Withdrawals**

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | $800.00 |
| 08/03 | Online Transfer To  Chk Xxxxxxxx3365 Transaction#: 240294631 | 66.44 |
| 08/03 | Paymentech2    Fee    440209034881    CCD ID: 6752044092 | 35.00 |
| 08/05 | Insufficient Funds Fee | 244.45 |
| 08/05 | Service Charges For The Month of July | 1,000.00 |
| 08/14 | Online Wire Transfer Via: Sovereign Wyomisng/231372691 A/C: Sovereign Bank/Icb/Si Staten Island NY 10304 Ben: James Catania Staten Is NY 10308 USA Ref: On Acct Imad: 0814B1Qgc04C004781 Trn: 1050900226Es | 35.00 |
| 08/17 | Returned Item Fee | 35.00 |
| 08/17 | Insufficient Funds Fee | 1,043.72 |
| 08/19 | Transfer To Chk Xxxxx1106 | 70.00 |
| 08/20 | Insufficient Funds Fee | 200.00 |
| 08/25 | Online Transfer To  Chk Xxxxxxxx3365 Transaction#: 247673296 | 600.00 |
| 08/27 | Transfer To Chk Xxxxxxx2065 | 6,000.00 |
| 08/28 | Online Wire Transfer Via: Wachovia Bk NA GA/061000227 A/C: IRA Hefter Nyc NY 10022 USA Imad: 0828B1Qgc08C004545 Trn: 0559600240Es | |
| | | **$10,129.61** |

**Total Other Withdrawals, Fees & Charges**

A Overdraft fee was charged on 08/05 due to insufficient funds in your account.

A Return Item fee was charged on 08/17 due to insufficient funds in your account.

A Overdraft fee was charged on 08/17 due to insufficient funds in your account.

A Overdraft fee was charged on 08/20 due to insufficient funds in your account.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/03 | $538.99 | 08/20 | -1,144.97 |
| 08/04 | -132.51 | 08/24 | 1,443.09 |
| 08/05 | -261.96 | 08/25 | 1,243.09 |
| 08/07 | 358.04 | 08/26 | 243.09 |
| 08/10 | 1,132.75 | 08/27 | 243.09 |
| 08/14 | -1,349.36 | 08/28 | 142.31 |
| 08/17 | 1,507.79 | 08/31 | 777.22 |
| 08/19 | -1,074.97 | | |




## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $18.00 |
| Transaction Fees | $7.46 |
| Other Service Charges | $41.93 |
| **Total Service Charges** | **$67.39** |
| Less Earnings Credit | -$0.08 |
| **Net Service Charges** | **$67.31** Will be assessed on 9/3/09 |

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>ACCOUNT 000091369943866 | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Acct Maint - Image | 1 | | | $18.00 | $18.00 * |
| Checks Paid / Debits | 10 | 0 | 10 | $0.20 | $2.00 |
| Deposits / Credits | 17 | 0 | 17 | $0.30 | $5.10 |
| Deposited Items | 2 | 0 | 2 | $0.18 | $0.36 |
| Outgoing Wire - Domestic Online | 2 | 0 | 2 | $20.00 | $40.00 |
| Negative Collected Balance Fee | 1 | 0 | 0 | $0.00 | $1.90 |
| Deposit Insurance Charge | 178 | 0 | 0 | $0.00 | $0.03 |
| **Total Service Charges 000091369943866** | | | | | **$67.39** |
| | | | | | |
| Less Earnings Credit | $412 | | | 0.0002108 | -$0.08 |
| **Net Service Charges (assessed on 9/3/09)** | | | | | **$67.31** |

* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.




**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**



005180109866 AUG 04 #0000006212 $3,000.00



009180336012 AUG 10 #0000006213 $300.00



009280249563 AUG 14 #0000006214 $3,982.11



009180336011 AUG 10 #0000006216 $2,000.00



009170009827 AUG 26 #0000006217 $3,000.00





# Introducing Chase Exclusives for Business!
## Better Rates, More Rewards and Bigger Discounts.

Special benefits for being a Chase Business Checking customer.
Talk to a Business Banker today to take advantage of these exclusive benefits.

To see a complete list of Business Exclusives, visit:
chase.com/ExclusivesForBusiness

*Certain offer requirements apply.*
A5FBBM070902


This Page Intentionally Left Blank

  **citibank**

Citibank Client Services   034
PO Box 769013
San Antonio, TX 78245-9013

12113/R1/04F000/0

000
CITIBANK, N. A.
**Account**
**9937674961**
**Statement Period**
**Aug. 1 - Aug. 31, 2009**
**Relationship Manager**
Citibusiness Service Cent
(877) 528-0990

Page 1 of 2

IMAGEKING VISUAL SOLUTIONS, INC.
222 E 44TH ST FLOOR 3RD
NEW YORK                NY 10017-4334

## CitiBusiness® ACCOUNT AS OF AUGUST 31, 2009

### Relationship Summary:

| | |
|---|---|
| **Checking** | $104.58 |
| **Savings** | ----- |
| **Investments** (not FDIC insured) | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM JULY 1, 2009 THRU JULY 31, 2009

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING # 9937674961** | | | |
| Average Daily Collected Balance | | | ($18.53) |
| DEPOSIT SERVICES | | | |
|   MONTHLY MAINTENANCE FEE | 1 | 20.0000 | 20.00 |
|   OVERDRAWN BALANCE INT CHARGE | 7 | .01.00 | 0.07 |
| CITIBUSINESS ONLINE | | | |
|   CASH MANAGER SUITE | 1 | 52.0000 | 52.00 |
| TRANSFER SERVICES | | | |
|   INCOMING WIRE TRANSFER | 1 | 10.0000 | 10.00 |
| **Total Charges for Services** | | | **$82.07** |
| Average collected balances | | | ($18.53) |
|   Less 10% reserve requirement | | | $0.00 |
| Balances eligible for Earnings Credit | | | $0.00 |
| Earnings Credit allowance at  0.00000% | | | $0.00 |
| Charges Subject to Earnings Credit | | | $82.07 |
| **Net Service Charge** | | | **$82.07** |

Avg. Collected Non-Interest Bearing Balances must be at least $5,000.00 to generate Earnings Credit

Charges debited from account # 9937674961

## CHECKING ACTIVITY

**CitiBusiness Checking**
**9937674961**

| | | Beginning Balance: | | $1.65 |
| | | Ending Balance: | | $104.58 |

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 8/10 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 82.07 | | 80.42- |
| 8/21 | FUNDS TRANSFER<br>WIRE FROM IMAGEK NG VISUAL  LLC      Aug 21 | | 3,000.00 | 2,919.58 |
| 8/21 | FUNDS TRANSFER<br>WIRE FROM IMAGEK NG VISUAL         Aug 21 | | 2,900.00 | 5,819.58 |
| 8/21 | CBUSOL TRANSFER DEBIT<br>000000              Aug 21<br>WIRE TO mr magic consultin,ltd | 2,900.00 | | 2,919.58 |
| 8/24 | CBUSOL TRANSFER DEBIT<br>000000              Aug 24<br>WIRE TO mr magic consultin,ltd | 2,815.00 | | 104.58 |
| | **Total Debits/Credits** | **5,797.07** | **5,900.00** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>P.O. Box 769013<br>San Antonio, TX 78245-9013 |

For change in address, call your account officer or visit your branch.

SANFORD P. ROSEN & ASSOCIATES, P.C.
Attorneys for the Debtors
  and Debtors in Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen (SR-4966)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                              Case No. 08-11654 (AJG)

IMAGEKING VISUAL SOLUTIONS, INC.                   (Jointly Administered)
and IMAGE ACQUISITION CORP.,

                              Debtors.
--------------------------------------------------------x

**IMAGE ACQUISITION CORPORATION**
**OPERATING STATEMENT FOR THE PERIOD**
**August 1,  2009 THROUGH August 31, 2009**

DEBTORS' ADDRESS:        192 Lexington Avenue, Suite 1202
                         New York, NY 10016


DEBTORS' ATTORNEY:       Sanford P. Rosen, Esq.
                         Sanford P. Rosen & Associates, P.C.

REPORT PREPARER:         Ira Hefter

                         Total Expenses:   $  15,606

                         Operating Profit   $  None


THIS OPERATING STATEMENT MUST BE SIGNED
BY A REPRESENTATIVE OF THE DEBTORS

The undersigned, having reviewed the attached report and being familiar with the Debtors'
financial affairs, verifies under the penalty of perjury, that the information contained therein is
complete, accurate and truthful to the best of my knowledge.


Dated: September 17, 2009,              _____

Image Acquisition Corp
(Debtor in Possession)
Income Statement
August 31, 2009

All Assets and Liabilities are reflected on the Balance Sheet of ImageKing Visual Solutions

Expense Reimbursed By ImageKing                    15,606.00

Rent                                                               15,606.00

Net Income                                                              0.00



CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

August 01, 2009 through August 31, 2009
Primary Account: **000937504823365**



||..|||||..||....||.||....||.|.||.|.|....|.|||....||.||.|.|||
00031296 DRE 802 141 24609 - NNNNN T 1 000000000 D5 0000
IMAGE ACQUSITIONS CORP
192 LEXINGTON AVE RM 1202
NEW YORK NY 10016-6862

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

**Take Charge of Your Checking Account to Help Avoid Fees**

1. **Sign up for overdraft protection** from your Savings Account or Chase Credit Card*.
2. **Sign up for low balance alerts** at Chase.com/freealerts.
3. **Enroll in Chase Mobile** SM to get your balance by text message at Chase.com/Mobile.
4. **Check your balances and transactions 24/7 at Chase.com**

Want to learn more about managing your checking account?
Visit your local branch and speak to a personal banker today
or visit www.Chase.com/ManageMyAccount

*Overdraft Protection may be subject to credit approval. Fees may apply.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessCustom Checking | 000937504823365 | $83.83 | $44.49 |
| Chase Business High Yield Savings | 000937504823366 | 0.01 | 0.01 |
| **Total** | | **$83.84** | **$44.50** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$83.84** | **$44.50** |

**All Summary Balances** shown are as of August 31, 2009 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.


## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**     **Step 1 Balance:  $**_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                    **Step 2 Total:   $**_____

3. **Add Step 2 Total to Step 1 Balance.**                  **Step 3 Total:   $**_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                    **Step 4 Total:  -$**_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:    $**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

   **JPMorgan Chase Bank, N.A. Member FDIC**


**CHASE**



## CHASE BUSINESSCUSTOM CHECKING

IMAGE ACQUSITIONS CORP                     Account Number: 000937504823365

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$83.83** |
| Deposits and Additions | 5 | 1,455.35 |
| Other Withdrawals, Fees & Charges | 7 | - 1,494.69 |
| **Ending Balance** | **12** | **$44.49** |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Online Transfer From  Chk Xxxxxxx3866 Transaction#: 240294631 | $800.00 |
| 08/04 | Doj  Treas  220  Misc Pay   133711353150100 CCD ID: 3111036183 | 150.00 |
| 08/21 | Doj  Treas  220  Misc Pay   133711353150100 CCD ID: 3111036183 | 130.00 |
| 08/24 | Doj  Treas  220  Misc Pay   133711353150100 CCD ID: 3111036183 | 175.35 |
| 08/25 | Online Transfer From  Chk Xxxxxxx3866 Transaction#: 247673296 | 200.00 |
| **Total Deposits and Additions** | | **$1,455.35** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Debit25       Ge Capital 7510551002       CCD ID: 1131500700 | $536.46 |
| 08/03 | Verizon Wireless Payments          PPD ID: 7223344794 | 273.91 |
| 08/04 | Discover Network Settlement 601101348540889 CCD ID: 1510020270 | 39.95 |
| 08/05 | Online Transfer To  Chk Xxxxxxx3866 Transaction#: 241087654 | 150.00 |
| 08/05 | Service Charges For The Month of July | 20.45 |
| 08/19 | N Leasing Olm    Lease Pmt  325161       CCD ID: 1942984524 | 438.92 |
| 08/20 | Insufficient Funds Fee | 35.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$1,494.69** |

A Overdraft fee was charged on 08/20 due to insufficient funds in your account.



## REWARDS SUMMARY | Chase Leisure Rewards



Leisure
**REWARDS**™

| DATE | DESCRIPTION | POINTS |
|------|-------------|--------|
| 09/02 | You can give the perfect gift this holiday season. | |
| | Redeem your points for Chase Gift Cards for your customers or | |
| | employees. They can be used anywhere Visa is accepted and | |
| | are available in increments of $25, $50 and $100. | |
| | Log on to chase.com/BizLeisure to order Chase Gift Cards | |
| | and see the full catalog of gifts available. | |
| | | |
| | Debit Card ending in 1847 - Leisure points balance as of 08/31/09 | 427,185 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/03 | $73.46 |
| 08/04 | 183.51 |
| 08/05 | 13.06 |
| 08/19 | -425.86 |
| 08/20 | -460.86 |
| 08/21 | -330.86 |
| 08/24 | -155.51 |
| 08/25 | 44.49 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fees | $18.00 |
| Transaction Fees | $1.70 |
| Other Service Charges | $0.34 |
| **Total Service Charges** | **$20.04** |
| Less Earnings Credit | $0.00 |
| **Net Service Charges** | **$20.04** Will be assessed on 9/3/09 |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| ACCOUNT 000937504823365 | | | | | |
| Acct Maint - Image | 1 | | | $18.00 | $18.00 * |
| Checks Paid / Debits | 4 | 0 | 4 | $0.20 | $0.80 |
| Deposits / Credits | 3 | 0 | 3 | $0.30 | $0.90 |
| Negative Collected Balance Fee | 1 | 0 | 0 | $0.00 | $0.34 |
| **Total Service Charges 000937504823365** | | | | | **$20.04** |
| | | | | | |
| Less Earnings Credit | $29 | | | 0.0002108 | $0.00 |
| **Net Service Charges (assessed on 9/3/09)** | | | | | **$20.04** |

* A money saving feature of your Chase BusinessCustom Checking checking account is that the maintenance fees can be waived by maintaining a combined average collected balance in your checking accounts of $40,000 or more.



## CHASE BUSINESS HIGH YIELD SAVINGS

IMAGE ACQUSITIONS CORP                    Account Number: 000937504823366



## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$0.01** |
| **Ending Balance** | **0** | **$0.01** |
| Annual Percentage Yield Earned This Period |  | 0.00% |

The monthly service fee for this account was waived as an added feature of  Chase BusinessCustom Checking account.

You earned a higher interest rate on your  Chase Business High Yield Savings account during this statement period because you had a qualifying Chase BusinessCustom Checking account.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.


## Introducing Chase Exclusives for Business!
Better Rates, More Rewards and Bigger Discounts.

Special benefits for being a Chase Business Checking customer.
Talk to a Business Banker today to take advantage of these exclusive benefits.

To see a complete list of Business Exclusives, visit:
chase.com/ExclusivesForBusiness

*Certain offer requirements apply.*
A5FBBM070902